# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 671 MAL 2015

Respondent

    :  Petition for Allowance of Appeal from
    :  the Order of the Superior Court

v.

KURTIS TYLER ALLEN,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the decision of this matter.